Robert K. Meyer, OSB #086470
Robert K. Meyer, Attorney at Law, P.C.
2501 SW First Avenue, Suite 230
Portland, OR 97201
Phone: 503/ 459-4010
Fax: 503/ 914-1461
Email: robert@robertmeyerlaw.com

Of Attorneys for Defendant


### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **ANGELLA DAVIS ANTHONY LOPEZ, JOHN BLAKE, MARCELO HERNANDEZ, and BRENT MARR, individually and on behalf of all others similarly situated,** | Case No.    3:16-cv-01973 |
| Plaintiffs, | DECLARATION OF ROBERT K. MEYER IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL |
| v. | |
| **LAURELS MEDICAL SERVICES CORPORATION, dba CHARIOT,** | |
| Defendant. | |

I, Robert K. Meyer, declare and testify as follows:

1.  I am the attorney for Defendant in the above-captioned matter.

2.  Withdrawal is warranted because the Defendant has not fulfilled an obligation to my firm regarding payment for our services and was given multiple reasonable warnings that my firm will withdraw unless the obligation is fulfilled.


Page 1 – DECLARATION OF ROBERT K. MEYER IN SUPPORT OF
        DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

3.  Withdrawal is also warranted as the continued representation of Defendant will result in an unreasonable financial burden on my law firm.

4.  I conferred with my client about this motion via email and telephone and Defendant has not taken a position as to whether to oppose or not oppose the motion.

5.  I conferred with counsel for Plaintiffs, Joshua Wolf, and his client opposes this motion.

6.  This Motion is made in good faith.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 7, 2017.                                     **Robert K. Meyer, Attorney at Law P.C.**


_s/Robert Meyer_____
Robert Meyer, OSB No. 086470
Of Attorneys for Defendant

Page 2 – DECLARATION OF ROBERT K. MEYER IN SUPPORT OF
    DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

CERTIFICATE OF SERVICE

I certify that I served the foregoing DECLARATION OF ROBERT K. MEYER IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL on Plaintiffs, on June 7, 2017, by mailing a true and correct copy to:


Via ECF
Joshua Wolf
Wolf Legal PDX
220 NW 8th Avenue
Portland, OR 97209
josh@wolflegalpdx.com

Via Mail
Shiraz Mir
Masooma Mir
4617 Carrigan Lane
Carmichael, CA 95608


**Robert K. Meyer, Attorney at Law P.C.**


*s/Robert Meyer*
Robert Meyer, OSB No. 086470
Of Attorneys for Defendant


Page 3 – DECLARATION OF ROBERT K. MEYER IN SUPPORT OF
        DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL